# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

**EVIE ELIZABETH HOWARD**
as personal representative of the
estate of Paul Anthony Smith

    **Plaintiff,**

v.                                               CV 10-PT-2203-M

**SOUTHERN HEALTH PARTNERS,
INC., JEFFREY REASONS;
KILPATRICK; DEIDRE MALONE;
MICHELLE WADE; TERRY SURLES;
TERRY MARCRUM; MYRTIS MOSS;
JORETHA MITCHELL; CHARLES
GASTON; JACKIE FORMAN;
ST. CLAIR COUNTY, ALABAMA;
PELL CITY, ALABAMA and
ALFONZO STINSON,**

    **Defendants.**

## ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, the motion to dismiss filed by defendant St. Clair County, Alabama is **GRANTED**. The claim(s) against this defendant are **DISMISSED WITH PREJUDICE**. Each party to bear own costs.

The court expressly determines that there is no just reason to delay and directs entry of this order as a final judgment as to all claims against defendant St. Clair County, Alabama.

**DONE** and **ORDERED** this the 12th day of April, 2011.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**