IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

EVIE ELIZABETH HOWARD
as personal representative of the
estate of Paul Anthony Smith

      Plaintiff,

v.                                                    CV 10-PT-2203-M

SOUTHERN HEALTH PARTNERS,
INC., JEFFREY REASONS;
KILPATRICK; DEIDRE MALONE;
MICHELLE WADE; TERRY SURLES;
TERRY MARCRUM; MYRTIS MOSS;
JORETHA MITCHELL; CHARLES
GASTON; JACKIE FORMAN;
ST. CLAIR COUNTY, ALABAMA;
PELL CITY, ALABAMA and
ALFONZO STINSON,

      Defendants.

## AMENDMENT TO MEMORANDUM OPINION

The court amends the Memorandum Opinion filed in this case on April 12, 2011 to amend Footnote 9 to change entitles to disentitles.

**DONE** and **ORDERED** this the 13th day of April, 2011.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE